IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTHA LOZANO, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:15-cv-07515 |
| v. ) ) | Hon. Judge Amy J. St. Eve |
| AVENUE STORES, LLC, ) ) | Hon. Magistrate Judge Michael Mason |
| Defendant. ) ) ) | |

## MOTION TO STAY OF AVENUE STORES, LLC

1. For the reasons set forth in the accompanying memorandum of law, Defendant Avenue Stores, LLC respectfully moves for an Order staying all proceedings in this matter pending rulings from the United States Supreme Court in *Spokeo, Inc. v. Robins*, No. 13-1339 (U.S.) and *Tyson Foods, Inc. v. Bouaphakeo*, No. 14-1146 (U.S.).

2. Counsel for the parties conferred on October 28, 2015 regarding whether Plaintiff would agree to the relief requested herein. Plaintiff did not so consent.

Dated: October 29, 2015

By: /s/ *David S. Almeida*
One of Their Attorneys

David S. Almeida, ARDC #6285557
dalmeida@sheppardmullin.com
Mark S. Eisen, ARDC #6312738
meisen@sheppardmullin.com
David M. Poell, ARDC #6302765
dpoell@sheppardmullin.com
**SHEPPARD MULLIN
RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone: (312) 499-6300
Facsimile: (312) 499-6301

*Counsel for Avenue Stores, LLC*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing **MOTION TO STAY OF AVENUE STORES, LLC** was served upon all interested parties using this Court's ECF filing system this 29th day of October, 2015.

                                                        /s/ *David S. Almeida*