UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Martha Lozano
                                      Plaintiff,

v.                                                Case No.: 1:15−cv−07515
                                                       Honorable Amy J. St. Eve

Avenue Stores, LLC, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 14, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court grants Defendant's motion to stay [15] brought pursuant to Spokeo, Inc. v. Robins, No. 13−1339 (U.S.) and Tyson Foods, Inc. v. Bouaphakeo, No. 14−1146 (U.S.) as unopposed. Status hearing set for 1/28/16 is stricken and reset to 4/26/16 at 8:30 a.m. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.